UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOWNEY,<br><br>    Plaintiff,<br><br>v.<br><br>US OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-04338-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 14 |

The Court has reviewed Judge Nathanael Cousins's Report and Recommendation Re: Dismissal of the Complaint and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed.

**IT IS SO ORDERED.**

Dated: December 19, 2019

VINCE CHHABRIA
United States District Judge